**FILED**

April 14, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

NICHOLAS ALEXANDER SKAGGS,

        Defendant.

Case No.  2:26-mj-00038-AC

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  NICHOLAS ALEXANDER SKAGGS , Case No.  2:26-mj-00038-AC , Charge 18 USC § 3606, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

   X    Unsecured Appearance Bond $   50,000.00

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):

_____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on April 14, 2026, at 3:00 PM.

By: _____

Magistrate Judge Allison Claire